

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2025

*The Firm that Fights for Workers' Rights!*

April 1, 2025

**Via EFC**

United States District Court
Southern District of New York
Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      *Re: Request for Extension*
      *Case: Santiago v. Meaningful NY Initiatives for People with Disabilities, Inc.*
      *Case No.: 7:24-cv-07578-NSR*

Dear Judge Roman,

    I am writing to respectfully request a one-week extension for the submission of the case management plan in the above-referenced matter. Despite our efforts, we have been unable to meet with opposing counsel to finalize the plan and agree on the proposed dates.

    The Defendants are aware of this issue and have consented to this request for an extension. We are actively working with opposing counsel to align our schedules and expect to be able to submit the finalized case management plan by April 14, 2025.

    We respectfully ask for the Court's understanding and approval of this request. Should the Court need any further information or have any concerns regarding this extension, please do not hesitate to contact me.

*Jordan El-Hag*
Jordan El-Hag, Esq.
Attorney for Plaintiff
777 Westchester Ave., Ste. 101
White Plains, NY 10604
(914) 218-6190 (o)
(914) 206-4176 (f)
jordan@elhaglaw.com

**MEMO ENDORSED**

**The Court is in receipt of Plaintiff's consented to request for an extension of time to complete the case management plan. Plaintiff's request is GRANTED. The parties shall have until April 14, 2025 to submit a completed case management plan. The Clerk of Court is directed to terminate the motion at ECF No. 21.**

**Dated: April 2, 2025**
**White Plains, NY**

SO ORDERED:
NELSON S. ROMÁN
United States District Judge