```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS SANTIAGO,

                Plaintiff,

  -against-

MEANINGFUL NY INITIATIVES FOR PEOPLE WITH DISABILITIES, INC.,

                Defendant.

7:24-cv-7578 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court having been advised that all claims asserted herein have been settled in principle (*see* ECF No. 24), it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated on or before September 29, 2025. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

Dated:  August 13, 2025
          White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge